450 A.2d 1053

Commonwealth v. Shambor, Appellant.

Submitted June 3, 1982. Michael J. Rowley, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CIRILLO and JOHNSON, JJ.

Affirmed.